# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

SHANNON DAVID WARRIX,

        Plaintiff,

v.                                                                    CIVIL ACTION NO.  3:18-0253

WESTERN REGIONAL JAIL,

        Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the complaint be dismissed, without prejudice, and this matter be removed from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendation.[1]

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge, **DISMISSES** the complaint, **without prejudice**, and **REMOVES** this matter be from the docket of the Court, consistent with the findings and recommendations.

---

[1] The Proposed Findings and Recommendation was returned marked undeliverable. The Clerk of Court has no current address for Plaintiff.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

        ENTER:    May 25, 2018

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE